# THOMAS B. HANRAHAN & ASSOCIATES

**Counsellors at Law**
**80 Grand Avenue**
**River Edge, New Jersey 07661-1914**
(201) 525-1011/Telecopier (201) 525-1876

**Thomas B. Hanrahan***                                   *Certified by the Supreme Court of
_____                                         New Jersey as a Civil Trial Attorney

**David J. Pack** +                                           +Also Admitted in New York

February 1, 2006
**ELECTRONICALLY FILED**

**HAND DELIVERY**
Clerk of the Court
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
    & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      **Re:**   **Gonnelli v. Town of Secaucus, et als.**
            **Civil Action No. 05-5201 (JLL)**
            **Our File No. 1-158**

Dear Sir/Madam:

    Enclosed please find a Notice of Motion to Vacate Default and to Permit Defendants Leave to File an Answer to Plaintiffs' Complaint, pursuant to Fed. R. Civ. Pro. 55(c), Order, Certification of Counsel with attached Exhibits, and Proof of Service filed on behalf of Defendants Town of Secaucus, Dennis Elwell and Anthony D. Iacono in the above-referenced matter.

    Please be advised that due to technical difficulties with our scanner we will file the Exhibits to the Certification of Counsel via Hand Delivery.

    Would you kindly file same. Thank you.

                                   Very truly yours,

                                   /s/ THOMAS B. HANRAHAN (SS-5705)
                                   Thomas B. Hanrahan & Associates
                                   80 Grand Avenue
                                   River Edge, NJ 07661

TBH:ljs
Enclosures
cc:   The Honorable Ronald J. Hedges, U.S.M.J. (w/enc.)
      James E. Patterson, Esq. (w/enc.) (via e-mail)

PDF created with pdfFactory trial version www.pdffactory.com