# THOMAS B. HANRAHAN & ASSOCIATES
**Counsellors at Law**
**80 Grand Avenue**
**River Edge, New Jersey 07661-1914**
(201) 525-1011/Telecopier (201) 525-1876

**Thomas B. Hanrahan\***                                                    **\*Certified by the Supreme Court of**
**_____**                                                          **New Jersey as a Civil Trial Attorney**

**Ruby Kumar Thompson**
**Nicholas P. Milewski**

June 4, 2008
**ELECTRONICALLY FILED**

Magistrate Claire C. Cecchi, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
     & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

> Re:  <u>Gonnelli v. Town of Secaucus., et als.</u>
>      Docket No. 05-cv-05201
>      Our File No. 1-153

Dear Judge Cecchi:

The above matter is currently scheduled for an Initial Rule 16 Scheduling Conference by telephone on Friday, June 6, 2008 at 12:00 noon. In light of Your Honor's June 3, 2008 Decision disqualifying the undersigned attorney as counsel in this matter, I am respectfully requesting that Your Honor adjourn the Initial Rule 16 Conference for at least thirty (30) days so as to allow the Town Defendants to consider their options, including authorizing substitute counsel to file a Substitution of Attorney and to enter  the case in lieu of the undersigned.

Please note that I am available for the Rule 16 Conference this Friday, and will participate if advised by the Court to do so, yet it seems to make sense in light of Your Honor's Decision that I <u>not</u> be involved in Friday's Rule 16 Conference. Please note that on this date we have also received a letter from Plaintiff's counsel James E. Patterson, Esq. wherein he requests an adjournment of same.

PDF created with pdfFactory trial version www.pdffactory.com

We will follow this letter with a call to Your Honor's Chambers to ascertain Your Honor's response to this adjournment request.

Very truly yours,


/s/ THOMAS B. HANRAHAN(TH5705)

TBH:jas
cc:  James E. Patterson, Esq.(via e-mail)

L:\tbh's files\CORRESPONDENCE\Gonnelli\Letter to Mag. Cecchi (request to adj. Settl. Conf.) 6.4.08.doc

PDF created with pdfFactory trial version www.pdffactory.com