NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GONNELLI, et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>TOWN OF SECAUCUS, et al.,<br><br>　　　　　Defendants. | Civil Action No.: 05-5201 (JLL)<br><br>ORDER ADOPTING<br>JUNE 2, 2008<br>REPORT AND RECOMMENDATION |

　　　　This Court referred Plaintiffs' application to disqualify Thomas B. Hanrahan, Esq., counsel for Defendants [CM/ECF Docket Entry No. 15], to the Honorable Claire C. Cecchi, United States Magistrate Judge, pursuant to 28 U.S.C. § 636 (b)(1)(B).[1] Magistrate Judge Cecchi filed a Report and Recommendation in connection with Plaintiffs' application on June 2, 2008. Having reviewed the Report and Recommendation, and having received no objection thereto, and for good cause shown,

　　　　IT IS on this **19th day of June, 2008**,

　　　　**ORDERED** that the Report and Recommendation of Magistrate Judge Cecchi filed on June 2, 2008 [CM/ECF Docket Entry No. 39] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

　　　　**ORDERED** that Plaintiffs' application to disqualify counsel for Defendants [CM/ECF Docket Entry No. 15] is hereby **GRANTED.**

　　　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jose L. Linares
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

　　　[1] This matter was originally referred to Magistrate Judge Ronald Hedges. By way of Opinion and Order dated August 28, 2006, this Court affirmed, in part, and reversed, in part, Magistrate Judge Hedges' decision regarding Plaintiffs' application to disqualify Mr. Hanrahan. Therein, the Court ordered that the matter be "remanded to the magistrate judge to make findings of fact regarding when Hanrahan commenced representation of Defendants in this action, and when he conclusively terminated his representation of M. Gonnelli in the Hartwig action." (Aug. 28, 2008 Op. at 10). This matter was subsequently reassigned to Magistrate Judge Cecchi.